**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| MAMADOU MAHFOUZ DIALLO, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Civil Action No. 4:26-14294-MRG |
| PATRICIA HYDE, ET AL, | ) | |
| *Defendants*. | ) | |

**ORDER OF DISMISSAL**

GUZMAN, D.J.

In accordance with the Court's Order [Docket No. 11] on November 23, 2026, granting the Assented to Motion for Voluntary Dismissal [Docket No. 10] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

/s/ Suzanne Frisch
Deputy Clerk

Dated: November 23, 2026